IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE, | CASE NO. 09 B 39819 |
| SYLWIA K. KLUEVER<br>MAREK KLUEVER | CHAPTER 7 |
| Debtor(s) | JUDGE BRUCE W. BLACK |
| BRADLEY J. WALLER, not individually, but as BANKRUPTCY TRUSTEE OF THE ESTATE OF SYLWIA K. KLUEVER and MAREK KLUEVER | CASE NO. 10 A _____ |
| Plaintiff, | |
| vs | |
| SYLWIA K. KLUEVER and MAREK KLUEVER | |
| Defendant(s). | |

## COMPLAINT OBJECTING TO DISCHARGE
## PURSUANT TO 11 USC §727

**NOW COMES** Plaintiff, **BRADLEY J. WALLER, BANKRUPTCY TRUSTEE OF THE ESTATE OF SYLWIA K. KLUEVER and MAREK KLUEVER,** by and through his attorneys, **KLEIN, STODDARD, BUCK, WALLER & LEWIS, LLC** and complaining of defendants, **SLYWIA K. KLUEVER and MAREK KLUEVER** states and alleges as follows:

1. This is a core proceeding pursuant to 28 USC §157 (b)(2).

2. Jurisdiction is proper before this court pursuant to 28 USC §1334 & 28 USC § 157.

3. Venue is proper in the above incaptioned district pursuant to 28 USC §1409(a).

4. On October 23, 2009, Debtors/defendants, **SYLWIA K. KLUEVER and MAREK KLUEVER** filed a voluntary petition for relief under and pursuant to Chapter 7 of 11 USC § 101 et seq. (the Bankruptcy Code).

5. On October 23, 2009, **BRADLEY J. WALLER** was appointed Trustee and continues to act in said capacity.

6. On December 9, 2009 Trustee conducted meetings of creditors which debtors attended.

1

7. At said meeting of creditors, Plaintiff learned that debtor, **MAREK KLUEVER**, has an interest in real estate located at Flamandzka Street in Sroda Slaska, Poland.

8. Said real estate is property of the bankruptcy estate.

9. Debtor/Defendant had a duty to disclose the same in his schedules.

10. The Debtors/Defendants knowingly and fraudulently made a false oath in violation of 11 USC §727(a)(4)(A).

**WHEREFORE,** for the reasons and grounds stated in this adversary complaint, Plaintiff, **BRADLEY J. WALLER, BANKRUPTCY TRUSTEE OF THE ESTATE OF SLYWIA K. KLUEVER and MAREK KLUEVER**, prays that this court enter an order denying Defendants, **SYLWIA K. KLUEVER and MAREK KLUEVER**, a discharge for violating 11 USC §727 and for further relief which is just and equitable.

**BRADLEY J. WALLER,
BANKRUPTCY TRUSTEE OF THE ESTATE OF
SYLWIA K. KLUEVER and MAREK KLUEVER**

*/s/    Bradley J. Waller*
**Bankruptcy Trustee**

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court
Sycamore, IL 60178
(815) 748-0380